UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOHN DOE,
Crim. No.: 04-302 (DMC), SBI No.: 397615B, D.O.B.: 3/30/1969

## PETITION FOR WRIT OF HABEAS CORPUS

1. **ISSAC THOMAS, SBI No.: 397615B** is now confined in **Southern State Correctional Facility.**

2. Said individual will be required in **Newark, New Jersey** on **Wednesday, December 14, 2011**, at **9:30 a.m. for a violation of supervised release** at the **U.S. District Courthouse,** in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 8, 2011

        S:\MELISSA L. JAMPOL
        Melissa L. Jampol
        Assistant U.S. Attorney
        Petitioner

## ORDER

Let the Writ Issue.

DATED: 8 Dec. 2011

        Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Southern State Correctional Facility**:
WE COMMAND YOU that you have the body of:

        **ISSAC THOMAS, SBI No.: 397615B, D.O.B.: 3/30/1969**

now confined at the **Southern State Correctional Facility**, brought to the **United States District Courthouse** in **Newark, New Jersey** on **Wednesday, December 14, 2011** at **9:30 a.m. for a violation of supervised release** in the above-captioned matter. Immediately upon completion of the proceedings, Mr. THOMAS will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Dennis M. Cavanaugh
    United States District Judge
    Newark, New Jersey.

DATED: 12/8/11

        WILLIAM T. WALSH
        Clerk of the U.S. District Court
        for the District of New Jersey

        Per: _____
        Deputy Clerk